# IN THE SUPREME COURT OF PENNSYLVANIA

| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2301 Disciplinary Docket No. 3 |
|---|---|---|
| Petitioner | : | No. 90 DB 2016 |
| v. | : | Attorney Registration No. 38490 |
| JEFFREY L. PERLMAN, | : | (Philadelphia) |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2016, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Jeffrey L. Perlman is suspended on consent from the Bar of this Commonwealth for a period of eighteen months, retroactive to October 5, 2016. He shall comply with all the provisions of Pa.R.D.E. 217.